WOOD, APPELLANT, *v.* OHIO STATE HIGHWAY PATROL ET AL., APPELLEES.

[Cite as *Wood v. Ohio State Hwy. Patrol,*
108 Ohio St.3d 105, 2006-Ohio-245.]

(No. 2004–0795—Submitted December 14, 2005—Decided February 8, 2006.)

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *McCrone v. Bank One Corp.,* 107 Ohio St.3d 272, 2005-Ohio-6505, 839 N.E.2d 1.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

RESNICK and PFEIFER, JJ., dissent.

---

Brian Law Offices, Richard F. Brian, and Steven J. Brian, for appellant.

Jim Petro, Attorney General; Lee M. Smith & Associates, L.P.A.; Lee M. Smith, and Kyle D. Martin, Special Counsel to the Attorney General, for appellee Ohio State Highway Patrol.

Jim Petro, Attorney General, Douglas R. Cole, State Solicitor, Stephen P. Carney, Senior Deputy Solicitor, Diane Richards Brey, Deputy Solicitor, and Erica L. Bass, Assistant Attorney General, for appellee Administrator, Bureau of Workers' Compensation.